IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>FELIX PEREZ BADILLO &<br>MARIA RODRIGUEZ RODRIGUEZ<br>SSN 0009 & SSN 5808<br>     Debtors | CASE NO. 21-02384 MCF<br>CHAPTER 13<br><br>*Proof of Claim #1 Cooperativa A/C Manatí Response to Debtor's Objection to Claim#1 doc #23* |
|---|---|

### DEBTOR MOTION TO STRIKE & DISALLOW MANATI's RESPONSE at doc #23

TO THE HONORABLE COURT:

COME NOW the debtors through their legal representation and respectfully move for the disallowance of doc #23 and disallowance of Claim #1 as objected:

1. Cooperativa A/C Manati [Cooperativa] filed *Objection to Confirmation & Answer to Objection to Claim #1* at doc #23 on October 27, 2021 in response to debtor's *Objection to Claim #1* filed at doc #18.

2. At virtual entry #24 dated October 28, 2021, Cooperativa was instructed in a Notice of Corrective Entry that the *"pleading is requesting more than one remedy (separate events must be used). Party must refile correctly."*

3. To date 20 days have elapsed since the defective filing and no correction has been made thereto by Cooperativa.

4. Both remedies should be denied as the same have not been timely corrected and/or separated as instructed 20 days ago.

5. LBR 3007-1 requires a timely written response to an *Objection to Claim*, which, for all purposes in this case, has not been timely filed by objected Claimant.

6. There being no timely written response to the *Objection to Claim #1*, the same should be allowed at $20,256.28 plus a *Till* rate of interest since petition date of 4.75%, or $22,796.40 as proposed in the Amended Plan dated October 18, 2021 filed at doc #20.

7. The *Objection to Confirmation* should likewise be disallowed.

WHEREFORE, Debtor respectfully requests that their *Objection to Claim #1* be granted and that claim #1 filed by Cooperativa A/C Manatí be disallowed to the extent that it claims unmatured interest not payable under §502(b)(2) of the Bankruptcy Code. Amount to be allowed is $20,256.28 the accepted balance of claim at petition date as per Manati's internal records at Exhibit #18-3, plus a

*Till* rate of interest of 4.75%, for a total of $22,796.40 to be paid to Claimant Cooperativa A/C Manatí, as proposed in the *Amended Plan* dated October 18, 2021 filed at doc #20.

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic noticing system that will send notifications, upon information and belief, of such filing to the Chapter 13 Trustee, the U.S. Trustee and to counsel for Claimant Cooperativa A/C Manatí, Ms. Mireya Baltazar, Esq.

In Hatillo Puerto Rico this November 17, 2021.

|  | s/*Melissa Cofán Hernández* <br> Melissa Cofán Hernández <br> USDC PR #224206 <br> PO BOX 944 <br> Dorado Puerto Rico 00646 <br> Tel: (787)640-6882 <br> melissacofan@yahoo.com |
|---|---|

```
Label Matrix for local noticing      AMERICAS LEADING FINANCE LLC         (p)COOP A C DE MANATI
0104-3                               BELLVER ESPINOSA LAW FIRM            PO BOX 30562
Case 21-02384-MCF13                  COND EL CENTRO I SUITE 801           MANATI PR 00674-8516
District of Puerto Rico              500 MUNOZ RIVERA AVE
Old San Juan                         SAN JUAN, PR 00918-3300
Tue Sep  7 10:24:22 AST 2021

US Bankruptcy Court District of P.R. AMERICAS LEADING FINANCE, LLC        AmSher Collection Services
Jose V Toledo Fed Bldg & US Courthouse P.O. BOX 192367                    4524 Southlake Parkway, Suite 15
300 Recinto Sur Street, Room 109     San Juan, PR 00919-2367              Birmingham, AL 35244-3271
San Juan, PR 00901-1964


COOPERATIVA A/C QUEBRADA             DISH NETWORK LLC                     DTOP
HC-02 BOX 7873                       DEPT 0063                            PO BOX 41269
Camuy, PR 00627-8925                 Palatine, IL 60055-0063              San Juan, PR 00940-1269


ISLAND FINANCE LLC                   ISLANDFINANCE                        FIDEL PEREZ BADILLO
PO BOX 71504                         CL-CONSUMER INTERMEDIATE LOAN        HC-04 BOX 44520 BO PILETAS ARCE
San Juan, PR 00936-8604              PO BOX 195369                        Lares, PR 00669-9595
                                     San Juan, PR 00919-5369


JOSE RAMON CARRION MORALES           MARIA RODRIGUEZ RODRIGUEZ            MELISSA WILDA COFAN HERNANDEZ
PO BOX 9023884                       HC-04 BOX 44520 BO PILETAS ARCE      PO BOX
SAN JUAN, PR 00902-3884              Lares, PR 00669-9595                 DORADO, PR 00646


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
COOP A/C MANATI                      (d)Coop A/C Manati                   End of Label Matrix
PO BOX 30562                         PO Box 30562                         Mailable recipients    15
MANATI, PR 00674 MANATI              Manati, PR 00674                     Bypassed recipients     0
                                                                          Total                  15
```